CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 7 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAY LEE HOLLEY, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00629 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GENE JOHNSON, et al., | ) | By: Hon. Glen E. Conrad |
| Defendant(s). | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that plaintiff's motion for preliminary injunctive relief is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff and to the Office of the Attorney General of Virginia.

ENTER: This 7th day of January, 2009.

_____
United States District Judge