CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 30 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RAY LEE HOLLEY, JR., | |
| Plaintiff, | Case No. 7:08CV00629 |
| v. | **FINAL ORDER** |
| GENE JOHNSON, ET AL., | By: Glen E. Conrad |
| Defendants. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. After de novo review of the portions of the Report and Recommendation of the United States Magistrate Judge to which the parties have objected, plaintiff's objections are overruled; defendants' objection is sustained, the Report (Dkt. No. 108) is **ADOPTED** to the extent that it is consistent with the accompanying memorandum opinion; and defendants' motions for summary judgment (Dkt. Nos. 33, 94, and 110) are **GRANTED**;

2. Plaintiff's supplement claims under state law that are not addressed in defendants' motions for summary judgment are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and

3. This action is stricken from the active docket of the court.

The clerk shall send a certified copy of this final order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 30th day of June, 2010.

_____
United States District Judge